E-filed 2/22/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BVS INC,

          Plaintiff,

     v.

RHUB COMMUNICATIONS, INC.,

          Defendant.

Case No.  17-cv-00673-HRL

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

In reviewing the docket in this case, it has come to the court's attention that this action may be related to *RHUB Communications, Inc. v. Karon*, Case No. 16-cv-6669-BLF.  Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Judge Freeman for consideration of whether the actions are related.

    **IT IS SO ORDERED.**

Dated: 2/22/2017

_____
HOWARD R. LLOYD
United States Magistrate Judge

United States District Court
Northern District of California